280 F.2d 431
 Josephine FOSTER
v.
UNITED STATES of America et al.
 No. 6241.
 United States Court of Appeals Tenth Circuit.
 March 31, 1960.
 
 A. T. Montoya, Albuquerque, N.M., and Edwin L. Felter, Santa Fe, N.M., for appellant.
 James A. Borland, U.S. Atty., and J. C. Ryan, Asst. U.S. Atty., Albuquerque, N.M., for appellee.
 Before MURRAH, Chief Judge, and BRATTON and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion, for the reasons stated in the memorandum of the trial court. D.C., 183 F.Supp. 524.